## IN THE U. S. DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| GABRIEL HOMES, INC., <br> a Kansas corporation, <br>               Plaintiff, <br> v. <br> ALFREDO J. RODRIGUEZ, an individual, <br> MARIANA RODRIGUEZ, an individual, <br> ALBERTO SANTIAGO MENA, an individual, <br> JAMES F. SULLIVAN, JR. an individual, <br> SULLIVAN PALMER ARCHITECTS, INC., <br> a Kansas corporation, <br>               Defendants. | Civil Action No.: 2:23-cv-2294 |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Gabriel Homes, Inc. ("Gabriel Homes"), by and through its attorneys, states and alleges as follows:

1. Gabriel Homes, Inc. is a Kansas corporation with its principal place of business at 16040 South Locust Street, Olathe, Kansas 66062.

2. Defendants Alfredo and Mariana Rodriguez are individuals residing at 9400 Bradshaw Street, Lenexa, Kansas 66215.

3. On information and belief, defendant Alberto Santiago Mena is an individual residing at 1530 North 51st Street, Kansas City, Kansas 66102.

4. Defendant James F. Sullivan, Jr. is an individual residing at 5616 Tahoe Lane, Fairway, Kansas 66205.

5. Defendant Sullivan Palmer Architects, Inc. is a Kansas corporation with its principal place of business at 8621 Johnson Drive, Merriam, Kansas 66202.

## JURISDICTION AND VENUE

6. This action is copyright infringement under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.* This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7. This court has jurisdiction over Defendants Alfredo and Mariana Rodriguez because they are residents of this judicial district.

8. This court has jurisdiction over Defendant Sullivan because he is a resident of this judicial district.

9. This court has jurisdiction over Defendant Mena because he is a resident of this judicial district.

10. This court has jurisdiction over Defendant Sullivan Palmer Architecture, Inc. because it is a Kansas corporation doing business in this judicial district.

11. Venue is proper in this court under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the Defendants are subject to personal jurisdiction, are doing business, and committed the relevant acts complained of in the District of Kansas.

## FACTUAL BACKGROUND

12. Gabriel Homes was formed in 2007.

13. Since 2007, Gabriel Homes has built hundreds of homes in the Kansas City metropolitan area.

14. The President of Gabriel Homes, Gabe Anderson, has expertise in floor plan design, functionality, and overall aesthetic appeal of the homes designed and built by Gabriel Homes.

15.   Gabriel Homes is deeply involved in the design process from the moment a potential customer contacts Gabriel Homes, providing input and suggestions to the technical layout and design, through construction and delivery of a finished home.

16.   Over the years Gabriel Homes has received numerous awards and acknowledgement for its designs and homes locally and nationally.

17.   In 2021, the Home Builders Association of Greater Kansas City honored the Makenna design with a distinctive design award.

18.   Gabriel Homes has an A+ rating with the Better Business Bureau.

19.   The Makenna building plans were prepared for Gabriel Homes by Team 3 Architects in 2009.

20.   The copyrights for the Makenna building plans were assigned to Gabriel Homes by Team 3 Architects in 2019.

21.   Photographs and floor plans of the Makenna building plans designed and built by Gabriel Homes have been publicly available on the Gabriel Homes' website since at least as early as 2020.

22.   Gabriel Homes owns United States Copyright Registration No. VA 2-192-703 for the technical drawings for the Makenna design.  The copyright registration certificate and associated technical drawings are attached as Exhibit A.

23.   Gabriel Homes owns United States Copyright Registration No. VA 2-252-136 for the architectural work related to the Makenna design.

24.   Gabriel Homes owns United States Copyright Registration No. VA 2-204-661 for the architectural work related to the Makenna design.

25. The foregoing works described in paragraphs 22-24 are referred to as the "Copyrighted Works".

26. The Copyrighted Works constitute original material that is copyrightable under federal copyright law.

27. Gabriel Homes is currently, and at all relevant times has been, the sole owner of all right, title and interest in and to the Copyrighted Works.

28. Upon information and belief, Defendants copied Plaintiff's protected Makenna designs to produce the home at 17204 West 67th Street in Shawnee, Kansas (the "Rodriguez Home").  Construction drawings for the Rodriguez Home are attached as Exhibit B.

29. On information and belief, Defendant Sullivan Palmer Architects is a member of the American Institute of Architects Kansas Chapter.

30. Defendant Sullivan is a licensed professional architect in Kansas.

31. Defendants Rodriquez engaged Defendants Sullivan and Sullivan Palmer Architects to design the Rodriguez Home.

32. Defendant Sullivan personally stamped the Rodriguez home drawings with his professional architect stamp.

33. On information and belief, Defendant Mena is building the Rodriguez Home based on the copied Makenna plans at 17204 West 67th Street, Shawnee, Kansas.

34. On information and belief, Defendant Mena is the builder of the house at 17204 West 67th Street, Shawnee, Kansas, using the copied Makenna plans.

35. Defendants do not have a license to use the Copyrighted Works at issue in this matter.

36. Defendants copied Plaintiff's Copyrighted Works without permission and distributed copies and/or derivative works.

37. On May 16, 2023, Defendants Rodriguez were sent a letter putting them on notice of their unlawful use and infringement of the Copyrighted Works, and extending to them an offer to license the Makenna plans.

38. Defendants Rodriguez ignored Gabriel Homes' offer to license the Makenna plans.

39. On information and belief, Defendants' copying of Gabriel Homes' Copyrighted Works was done willfully.

## CLAIM I:  COPYRIGHT INFRINGEMENT
## COPYRIGHT REGISTRATION NO. VA 2-192-703

40. Plaintiff Gabriel Homes incorporates by reference the foregoing allegations as if fully set forth herein.

41. Plaintiff Gabriel Homes is the owner the copyright of the technical drawings for the Makenna home design Copyright Registration No. VA 2-192-703.

42. Defendants copied and distributed the technical drawings for the Makenna home design Copyright Registration No. VA 2-192-703.

43. Defendants continued unauthorized use of the technical drawings for the Makenna home design after being notified by Plaintiff constitutes willful and intentional infringement of Plaintiff's rights.

44. Defendants' infringement of Plaintiff's rights was and is willful.

45. Plaintiff Gabriel Homes has been damaged.

46. Plaintiff is entitled to actual or statutory damages under the Copyright Act at its election.

### CLAIM II:  COPYRIGHT INFRINGEMENT
### COPYRIGHT REGISTRATION NO. VA 2-252-136

47. Plaintiff Gabriel Homes incorporates by reference the foregoing allegations as if fully set forth herein.

48. Plaintiff Gabriel Homes is the owner the copyright of the architectural work for the Makenna home design Copyright Registration No. VA 2-252-136.

49. Defendants copied the architectural work for the Makenna home design Copyright Registration No. VA 2-252-136.

50. Defendants continued unauthorized use of the technical drawings for the Makenna home design after being notified by Plaintiff constitutes willful and intentional infringement of Plaintiff's rights.

51. Defendants' infringement of Plaintiff's rights was and is willful.

52. Plaintiff Gabriel Homes has been damaged.

53. Plaintiff is entitled to actual or statutory damages under the Copyright Act at its election.

### CLAIM III:  COPYRIGHT INFRINGEMENT
### COPYRIGHT REGISTRATION NO. VA 2-204-661

54. Plaintiff Gabriel Homes incorporates by reference the foregoing allegations as if fully set forth herein.

55. Plaintiff Gabriel Homes is the owner the copyright of the architectural work for the Makenna home design Copyright Registration No. VA 2-204-661.

56. Defendants copied the architectural work for the Makenna home design Copyright Registration No. VA 2-204-661.

57.	Defendants continued unauthorized use of the technical drawings for the Makenna home design after being notified by Plaintiff constitutes willful and intentional infringement of Plaintiff's rights.

58.	Defendants' infringement of Plaintiff's rights was and is willful.

59.	Plaintiff Gabriel Homes has been damaged.

60.	Plaintiff is entitled to actual or statutory damages under the Copyright Act at its election.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Gabriel Homes respectfully prays that this Court enter judgment in its favor against Defendants, and award the following relief:

A.	Defendants and their agents, servants, employees, affiliated entities, and all of those in active concert with them be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B.	Defendants be required to pay Plaintiff its actual damages jointly and severally and Defendants' profits attributable to the infringements;

C.	At Plaintiff's election, award Plaintiff statutory damages of not less than $750 or more than $30,000 for each infringed work;

D.	An award of not more than $150,000 for willful infringement of each infringed work;

E.	Defendants be preliminarily and permanently enjoined from further acts of infringement pursuant to 17 U.S.C. § 502;

F.	The Court order that Defendants' infringing works be impounded, modified or destroyed pursuant to 17 U.S.C. § 503;

      G.      Award Plaintiff its costs and attorneys' fees pursuant to 17 U.S.C. § 505;

      H.      Award Plaintiff such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

## DESIGNATION OF PLACE OF TRIAL

Defendants designate Kansas City, Kansas as the place of trial.

Respectfully submitted,

By: */s/ James J. Kernell*
James J. Kernell, #19559
Kyle D. Donnelly, #25531
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
Email: jkernell@avekip.com
       kdonnelly@avekip.com

*Attorneys for Plaintiff Gabriel Homes, Inc.*